UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTOPHER OJI DARKINS, | ) | NO. CV 13-3831-JLS (MAN) |
| Plaintiff, | ) | |
| v. | ) | ORDER ACCEPTING FINDINGS AND RECOMMENDATIONS OF UNITED STATES MAGISTRATE JUDGE |
| DAVID SNOWDEN, | ) | |
| Defendant. | ) | |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the Complaint, all of the records herein, Defendant's motion to dismiss the Complaint ("Motion") and the parties' related briefing, the Report and Recommendation of United States Magistrate Judge ("Report"), and Plaintiff's Objection to the Report. Pursuant to 28 U.S.C. § 636(b)(1)(C) and Fed. R. Civ. P. 72(b), the Court has conducted a de novo review of those matters to which objections have been stated in writing. Having completed its review, the Court accepts the findings and recommendations set forth in the Report.

IT IS ORDERED that: (1) Defendants' Motion is GRANTED; (2) the Complaint is dismissed without leaved to amend, pursuant to Rules 12(b)(6) and 12(h)(3) of the Federal

Rules of Civil Procedure; and (3) Judgment shall be entered dismissing this action with prejudice.

LET JUDGMENT BE ENTERED ACCORDINGLY.

DATED:  October 1, 2013 .

**JOSEPHINE L. STATON**
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE