UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| CHRISTOPHER OJI DARKINS, | ) | NO. CV 13-3831-JLS (MAN) |
| Plaintiff, | ) | |
| v. | ) | JUDGMENT |
| DAVID SNOWDEN, | ) | |
| Defendant. | ) | |

Pursuant to the Court's Order Accepting Findings And Recommendations Of United States Magistrate Judge,

IT IS ADJUDGED that this action is dismissed with prejudice.

DATED:  October 1, 2013  .

JOSEPHINE L. STATON
JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE